# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JOSEPH WHITE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1385

_____

February 20, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for DeSoto County; Don T. Hall, Judge.

Joseph White, pro se.

PER CURIAM.

Affirmed.

KELLY, KHOUZAM, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.